IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
NOV 06 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____EKW_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 24-467 JD |
| -vs- ) | |
| ) | Violations: 18 U.S.C. § 2339B |
| NASIR AHMAD TAWHEDI, ) | 18 U.S.C. § 924(h) |
| a/k/a Nasir Ahmad Azizi, ) | |
| a/k/a "@Abu_Omir," ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Federal Grand Jury charges:

#### COUNT 1
(Conspiracy to Provide Material Support or Resources to a
Designated Foreign Terrorist Organization)

From in or about June 2024, through on or about October 7, 2024, in the Western District of Oklahoma and elsewhere,

--------------------------------- NASIR AHMAD TAWHEDI,
a/k/a Nasir Ahmad Azizi,
a/k/a "@Abu_Omir," -------------------------------------

knowingly and voluntarily conspired with others, both known and unknown to the Grand Jury, to provide material support and resources, to wit: services; personnel (including himself); and money, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization, knowing that ISIS was a designated terrorist

organization, and that ISIS had engaged in and was engaging in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339B.

## COUNT 2
### (Attempt to Provide Material Support or Resources to a Designated Foreign Terrorist Organization)

From in or about June 2024, through on or about October 7, 2024, in the Western District of Oklahoma and elsewhere,

------------------------------ **NASIR AHMAD TAWHEDI,**
a/k/a Nasir Ahmad Azizi,
a/k/a "@Abu_Omir," ------------------------------

knowingly attempted to provide material support and resources, to wit: services; personnel (including himself); and money, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization, knowing that ISIS was a designated terrorist organization, and that ISIS had engaged in and was engaging in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339B.

## COUNT 3
### (Receipt of a Firearm and Ammunition to be Used to Commit a Felony or a Federal Crime of Terrorism)

From in or about June 2024, through on or about October 7, 2024, in the Western District of Oklahoma and elsewhere,

------------------------------ **NASIR AHMAD TAWHEDI,**
a/k/a Nasir Ahmad Azizi,
a/k/a "@Abu_Omir," ------------------------------

knowingly received, attempted to receive, and knowingly and voluntarily conspired with others, both known and unknown to the Grand Jury, to receive a firearm and ammunition, to wit: two AK-47-style rifles and 500 rounds of ammunition, knowing and having reasonable cause to believe that the firearm and ammunition would be used to commit a felony and a Federal crime of terrorism, specifically attempting to provide and conspiring to provide material support and resources to the Islamic State of Iraq and al-Sham ("ISIS"), a designated foreign terrorist organization.

All in violation of Title 18, United States Code, Section 924(h).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

JESSICA PERRY
MATT DILLON
MARK R. STONEMAN
Assistant United States Attorneys