# COURTROOM MINUTE SHEET

DATE   2-13-2025

CRIMINAL NO.   CR-24-467   –SLP

United States -vs-   Nasir Ahmad Tawhedi

COMMENCED   1:30        ENDED   2:30        TOTAL TIME   1 hour 00 min.

PROCEEDINGS   Telephone Conference with Counsel

JUDGE SCOTT L. PALK        DEPUTY LORI GRAY        REPORTER _____

PLF COUNSEL   Matthew Dillon, Jessica Perry, George Kraehe, Everett McMillian

DFT COUNSEL   Craig Hoens

The defendant does not appear.

The Court has a telephone conference with counsel.

The Court discusses with counsel the parties' Joint Motion for Scheduling Order [Doc. No. 43] and the schedule to be put in place in this case.

Not later than February 21, 2025, the parties shall file a motion to continue the trial (along with a waiver of speedy trial), requesting a setting on the May 2026 trial docket.

The Court will circulate to counsel its proposed scheduling order, with an opportunity for counsel to comment prior to the order being entered.  If needed, another telephone conference can be held.