UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs

NASIR AHMAD TAWHEDI

**NOTICE**

Case Number:   CR-24-467-SLP
USM Number:    40258-511

**Defendant detained at Logan County.**

Type of Case                                    __X__  **CRIMINAL**

*TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
        Room #304
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**DATE AND TIME**

**June 13, 2025, at 10:00 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

TYPE OF PROCEEDING:                              **WAIVE & FILE**

*TAKE NOTICE* - **Defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office on the day of the plea hearing.   The interview ordinarily takes 1-½ to 2 hours.**

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place:  U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**Date and Time Previously Scheduled**

JUDGE SCOTT L. PALK

June 10, 2025
Date

s/ Lori Gray
BY DEPUTY CLERK

AUSA (Matt Dillon, Jessica Perry, George Kraehe, Everett McMillian)
Craig M. Hoehns
USM
USPO
Interpreter (Aslan Aslanian)