## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No.  CR-24-467-SLP |
| ) | |
| **NASIR AHMAD TAWHEDI,** ) | |
|   a/k/a Nasir Ahmad Azizi, ) | |
|   a/k/a "@Abu_Omir," ) | |
| ) | |
| **Defendant.** ) | |

### GOVERNMENT'S NOTICE OF INTENT
### TO REQUEST ORDER OF JUDICAL REMOVAL

Notice is hereby given to Defendant Nasir Ahmad Tawhedi and to his attorney of record, Craig Hoehns, that, consistent with his agreement with the United States, upon the conviction and sentencing of the defendant for violations of 18 U.S.C. §§ 2339B and 924(h), the United States shall request that the Court issue an Order of Judicial Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

    Respectfully submitted,

    ROBERT J. TROESTER
    United States Attorney

    *MATT DILLON*
    MATT DILLON
    JESSICA PERRY
    Assistant United States Attorneys
    Western District of Oklahoma
    210 Park Avenue, Ste. 400
    Oklahoma City, Oklahoma 73102
    (405) 553-8700 (Office)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing, which will automatically send e-mail notification of such filing to: Craig Hoehns

s/ *Matt Dillon*
Assistant U.S. Attorney
