IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No.  CR-24-467-SLP |
| NASIR AHMAD TAWHEDI,<br>  a/k/a Nasir Ahmad Azizi,<br>  a/k/a "@Abu_Omir," | ) ) ) ) | |
| Defendant. | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 9, 2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Craig M. Hoehns
Printed name of defendant's attorney

_____
Judge's signature