# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No. CR-24-467-SLP |
| ) | |
| NASIR AHMAD TAWHEDI,   ) | |
| ) | |
| Defendant.   ) | |

## UNOPPOSED SECOND MOTION TO EXTEND DEADLINE TO SUBMIT OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW, the Defendant, Nasir Ahmad Tawhedi, by and through his attorney, Craig M. Hoehns, respectfully requests additional time to submit objections to the Presentence Investigation Report for both parties. In support of this motion, Counsel states:

1. The initial Presentence Investigation Report was issued on July 22, 2025. (Doc. 63). Objections to the report are currently due August 26, 2025.

2. Since filing of the initial Presentence Investigation Report, counsel for Defendant has had considerable time restrictions due to a heavy caseload. Furthermore, scheduling with a Dari interpreter is required in this matter.

3. Counsel believes additional time is required to lodge any and all potential objections to the Presentence Investigation Report.

4. Defendant is requesting an extension of the deadline for filing objections to the Presentence Investigation Report because counsel needs more time to meet with Mr. Tawhedi and prepare his objections.

5. Counsel has made one previous request for additional time. (Doc. 71). That request was granted. (Doc. 72).

6. Granting this request will not interfere with any Court dates.

7. Defendant is requesting a nine (9) day extension of the deadline to September 4, 2025, for filing objections to the Presentence Investigation Report for both parties.

8. Counsel has consulted with Assistant U.S. Attorney Matthew Dillon, and he does not object to this request.

## CONCLUSION

Wherefore, Counsel requests an extension of nine (9) days to September 4, 2025, for both parties to submit objections to the Presentence Investigation Report for the above reasons.

Respectfully submitted,

s/ Craig M. Hoehns
Craig M. Hoehns
Bar Number: 21700
Attorney for Nasir Ahmad Tawhedi
Hoehns Law Office, PLLC
5600 N. May Ave., Suite 310
Oklahoma City, OK 73112
Telephone: (405) 535-2005
Fax: (405) 543-1354
craig.hoehns@hoehnslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Craig M. Hoehns
Craig M. Hoehns