# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                 )<br>                            Plaintiff,             )<br>                                                                 )<br>vs.                                                           )      Case No. CR-24-467-SLP<br>                                                                 )<br>NASIR AHMAD TAWHEDI,                      )<br>                                                                 )<br>                            Defendant.          ) | |

## ORDER

Before the Court is Defendant's Unopposed Second Motion to Extend Deadline to Submit Objections to the Presentence Investigation Report [Doc. No. 73]. The Court finds that good cause exists for an extension, and the Motion is GRANTED. Both parties may submit their objections, if any, to the presentence investigation report no later than September 4, 2025.

IT IS SO ORDERED this 22nd day of August, 2025.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE