# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. CR-24-467-SLP |
| | ) |
| **NASIR AHMAD TAWHEDI,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Counsel's Application and Motion to File "Defendant's Unopposed Motion for Determination of Competency" under seal pursuant to LCrR12.2 (Doc. 75) is hereby GRANTED.

IT IS SO ORDERED this 4th day of September, 2025.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE