IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-24-467-SLP |
| ) | |
| NASIR AHMAD TAWHEDI, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED THIRD MOTION TO EXTEND DEADLINE TO SUBMIT OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW, the Defendant, Nasir Ahmad Tawhedi, by and through his attorney, Craig M. Hoehns, respectfully requests additional time to submit objections to the Presentence Investigation Report for both parties. In support of this motion, Counsel states:

1. The initial Presentence Investigation Report was issued on July 22, 2025. (Doc. 63). Objections to the report are currently due September 4, 2025. (Doc. 76).

2. Since filing of the initial Presentence Investigation Report, Counsel for Defendant has met with Defendant. Counsel has filed a request to file an unopposed motion for determination of competency under seal. (Doc. 75). That motion was granted. (Doc. 76). For the reasons outlined in the Unopposed Motion for Determination of Competency, Counsel need and

request additional time to submit objections to the presentence investigation report.[1]

3. Counsel have made two previous requests for additional time. (Doc. 71, 74). Those requests was granted. (Doc. 72, 75).

4. Granting this request will not interfere with any Court dates.

5. Defendant is requesting the deadline for objections to the presentence investigation report be continued to a date to be named in the future following resolution of Defendant's Unopposed Motion for Determination of Competency.

6. Counsel has consulted with Assistant U.S. Attorney Matthew Dillon, and he does not object to this request.

## CONCLUSION

Wherefore, Counsel requests the Court to extend the deadline for objections to the presentence investigation report for both parties to a date to be named in the

---

[1] Counsel intended to file this motion contemporaneously with his sealed Unopposed Motion for Determination of Competency, but counsel was unable to file his sealed Unopposed Motion for Determination of Competency on September 4, 2025, due to an extended visitation with another federal defendant housed at the Okmulgee County Jail (see, WDOK General Order 25-5, now requiring sealed documents to be filed conventionally and in-person prior to 4:30 p.m.). Defendant's sealed motion will be filed at the beginning of business on September 5, 2025.

Counsel for Mr. Tawhedi acknowledges the Chamber's Guidelines for Requesting Extensions of Scheduling Order Deadlines (paragraph 4) and asserts that on this occasion, exceptional circumstances are present.

future following resolution of Defendant's Unopposed Motion for Determination of Competency.

Respectfully submitted,

s/ Craig M. Hoehns
Craig M. Hoehns
Bar Number: 21700
Attorney for Nasir Ahmad Tawhedi
Hoehns Law Office, PLLC
5600 N. May Ave., Suite 310
Oklahoma City, OK 73112
Telephone: (405) 535-2005
Fax: (405) 543-1354
craig.hoehns@hoehnslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Craig M. Hoehns
Craig M. Hoehns
