## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | )   No. CR-24-467-SLP |
| | ) |
| **NASIR AHMAD TAWHEDI,** | ) |
| a/k/a Nasir Ahmad Azizi, | ) |
| a/k/a "@Abu_Omir," | ) |
| | ) |
| **Defendant.** | ) |

## APPLICATION TO FILE DOCUMENT UNDER SEAL

The United States applies, pursuant to Local Criminal Rule 12.2, for an Order sealing Government's Motion to the Court in the above-captioned case until further order of the Court. The government requests a sealing order because Government's Motion references sealed pleadings and protected documents.

WHEREFORE, premises considered, the Government, respectfully requests the Court grant the requested relief and enter an Order allowing the Government to file its Motion to the Court under seal.

        Respectfully submitted

        ROBERT J. TROESTER
        United States Attorney

        *s/Matt Dillon*
        MATT DILLON
        Oklahoma Bar No. 19321
        Assistant U.S. Attorney
        210 Park Avenue, Suite 400
        Oklahoma City, Oklahoma 73102
        (405) 553-8700 (Office)
        (405) 553-8888 (Fax)
        matt.dillon@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 2, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

     Craig Hoehns, counsel for Defendant.

        s/*Matt Dillon*
        MATT DILLON
        Assistant U.S. Attorney