## IN THE UNITED STATES DISTRICT COURT FOR

## THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-24-467-SLP |
| ) | |
| NASIR AHMAD TAWHEDI, ) | |
| a/k/a Nasir Ahmad Azizi, ) | |
| a/k/a "@Abu_Omir," ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Government's Application to File its Motion to the Court Under Seal [Doc. No. 81]. After consideration, IT IS ORDERED by the Court that the Government's Motion to the Court be filed under seal.

IT IS SO ORDERED this 2nd day of October, 2025.

_/s/ Scott L. Palk_
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE