# COURTROOM MINUTE SHEET

DATE   2-6-2026

CRIMINAL NO.   CR-24-467   –SLP

<u>United States</u> -vs-   Nasir Ahmad Tawhedi

COMMENCED   9:30       ENDED   9:40       TOTAL TIME   10 min.

PROCEEDINGS   Competency Hearing

JUDGE <u>SCOTT L. PALK</u>       DEPUTY <u>LORI GRAY</u>       REPORTER <u>EMILY CRIPE</u>

PLF COUNSEL   Matthew Dillon, Jessica Perry

DFT COUNSEL   Craig Hoens

Defendant appears in custody of USM.   Interpreter present.

The parties stipulate to the examiner's findings in the Psychological Evaluation [Doc. No. 85].   Defense counsel advises the Court that the Defendant is in agreement with the findings and recommendations in the Psychological Evaluation.   Defense counsel advises the Court that the Defendant does not wish to be heard at this hearing.

The Court orders that the Defendant is committed to the custody of the Attorney General for an additional period of evaluation and treatment.   Written order to follow.